Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:23-cv-02447-MRW |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| THE RITZ-CARLTON HOTEL COMPANY LLC, a Delaware limited liability company, | |
| Defendants. | |

Please take notice that the case has settled.

DATED this 26th day of April, 2023.

                                         */s/ Peter Kristofer Strojnik*
                                         Peter Kristofer Strojnik (242728)
                                         Attorneys for Plaintiff